## Price's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

*Pierce Archer, Jr.,* for exceptants.

*Thomas Hart, Raymond M. Remick,* and *J. Charles Murtagh,* contra.

KLEIN, J., June 21, 1940.—We are all of the opinion that the auditing judge has correctly decided this case. His refusal to consider the testimony submitted by exceptant is clearly proper in view of the unambiguous language of the will.

The exceptions are therefore dismissed and the adjudication confirmed absolutely.